**Elmer DENHAM, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

December 15, 1950.

Fritz Krueger for movant.

A. E. Funk, Attorney General, H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Lawrence WILKINS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

December 15, 1950.

W. J. Myre for movant.

A. E. Funk, Attorney General, and Guy L. Dickinson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Allen HERRIN, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

January 9, 1951.

Fritz Krueger for movant.

A. E. Funk, Attorney General, H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.